United States District Court
Southern District of Texas
**ENTERED**
July 22, 2021
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| YOLANDA LOPEZ SALDIVAR<br>**Plaintiff** | § § § § | |
| VS. | § § | CIVIL ACTION NUMBER<br>7:20-CV-00220 |
| TATSIANA SERVOKAYA,<br>TRANS EXPRESS LINES, INC.<br>AND DIRECT MOTOR LINES, INC.<br>**Defendants** | § § § § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

*An Agreed Motion to Dismiss with prejudice having been filed* ~~On this day~~ in the above-entitled and numbered cause, wherein **YOLANDA LOPEZ SALDIVAR** is the Plaintiff and **TATSIANA SERVOKAYA, TRANS EXPRESS LINES, INC., and DIRECT MOTOR LINES, INC.**, are the Defendants, came on the above-named parties, and announced and made known to the Court that all matters in controversy between them, regarding the occurrence made the subject of this suit, had been compromised and settled and the parties named above requested the Court to dismiss, with prejudice, said claims, actions and causes of action asserted by or which could have been asserted by the Plaintiff against the Defendants, **TATSIANA SERVOKAYA, TRANS EXPRESS LINES, INC., and DIRECT MOTOR LINES, INC.**

And it appearing to the Court that all matters in controversy between the Plaintiff and Defendants, **TATSIANA SERVOKAYA, TRANS EXPRESS LINES, INC., and DIRECT MOTOR LINES, INC.**, have been compromised and settled and no further dispute exists between these parties, that these claims should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED by the Court that all claims, actions and causes of action asserted by Plaintiff, **YOLANDA LOPEZ SALDIVAR**, against Defendants, **TATSIANA SERVOKAYA, TRANS EXPRESS LINES, INC., and DIRECT MOTOR LINES, INC.**, in this cause be, and they are hereby dismissed with prejudice as to the refiling of same;

IT IS FURTHER ORDERED, ADJUDGED and DECREED by the Court that the costs of court incurred in this proceeding be taxed against the party incurring same, for which let execution issue if not timely paid.

SIGNED this 21st day of July, 2021.

_____
JUDGE PRESIDING

AGREED TO AND APPROVED
AS TO FORM AND SUBSTANCE:

*Jorge Mares*

**MIKAL C. WATTS**
Texas Bar No. 20981820
mcwatts@wattsguerra.com
**FRANCISCO GUERRA, IV**
Texas Bar No. 00796684
fguerra@wattsguerra.com
**JORGE L. MARES**
Texas Bar No. 24087973
jmares@wattsguerra.com
**WATTS GUERRA LLP**
4 Dominion Drive
Building 3, Suite 100
San Antonio, TX 78257
(210) 447-0500
(210) 447-0501 (Fax)
**ATTORNEYS FOR PLAINTIFF**

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (Fax)

/s/ *Rene O. Oliveira, Jr.*

**RENE O. OLIVEIRA, JR.**
Texas State Bar #24059132
roliveirajr@rofllp.com
nancyg@rofllp.com
**ATTORNEY FOR DEFENDANTS**